111 P.3d 1059

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Colburn v. Colburn | 26088 | 05/16/2005 | Vacated, remanded & affirmed |
| Doe, In re | 26348, 26349 | 05/26/2005 | Affirmed |